UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23mj03351 Goodman

1:23mj03351 Goodman

UNITED STATES OF AMERICA,

v.

LAURO AGUILAR GOMEZ,
JOSE FERNANDO LOPEZ ANCHUNDIA,
ARTURO YONHATAN GIL ZARCO,
JUAN MANUEL TORRES HERNANDEZ,
JHON YANDRY, and
JHON HENRY,

                Defendants.
_____/



FILED BY KAN D.C.

Jul 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By: *Michele Vigilance*
     MICHELE VIGILANCE
     Assistant United States Attorney
     Court ID No. A5502091
     99 N.E. 4th Street
     Miami, FL 33132
     Tel. No. (305) 432 1406
     E-mail: Michele.Vigilance@usdoj.gov

AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 1:23mj03351 Goodman |
| LAURO AGUILAR GOMEZ, ) | |
| JOSE FERNANDO LOPEZ ANCHUNDIA, ) | |
| ARTURO YONHATAN GIL ZARCO, ) | |
| JUAN MANUEL TORRES HERNANDEZ, ) | |
| JHON YANDRY, and JHON HENRY ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___July 9, 2023___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute five (5) or more kilograms of a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Ernest Tolbert
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___Face Time___.

Date: 7/13/23

*Judge's signature*

City and state: Miami, Florida

Hon. Jonathan Goodman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ernest Tolbert, being first duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Drug Enforcement Administration (DEA), United States Department of Justice, assigned to the Miami Field Division. I have been employed by DEA since December 2022. As a Special Agent of the DEA I conduct narcotics distribution and narcotics smuggling investigations. As a Special Agent, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I have been trained in narcotic investigations involving physical and electronic surveillance; execution of search and arrest warrants; the control and administration of confidential sources; international drug importations; and domestic drug distribution organizations. I am also knowledgeable of federal criminal statutes, particular narcotics statutes. As a law enforcement officer within the meaning of Section 2510(7) of Title 18 of the United States Code, I am empowered by law to conduct investigations of, and to make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted the limited purpose of establishing probable cause in support of a Criminal Complaint against: LAURO AGUILAR GOMEZ, JOSE FERNANDO LOPEZ ANCHUNDIA, ARTURO YONHATAN GIL ZARCO, JUAN MANUEL TORRES HERNANDEZ, JHON YANDRY, and JHON HENRY for knowing and willfully conspiring to possess with intent to distribute cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about July 9, 2023, while on patrol in the Eastern Pacific, a U.S. Coast Guard marine patrol aircraft detected a Go-fast vessel (GFV) approximately 57 nautical miles south-west of Lazaro Cardenas, Mexico. The GFV had six individuals on board, multiple packages on deck that were covered in tarp, multiple fuel barrels, on deck, displaying no indicia of nationality in international waters. USCGC Steadfast was diverted to interdict and investigate. District 11 granted a Statement of No Objection for USCGC Steadfast to conduct a Right of Visit boarding. At that time, USCGC Steadfast launched an over-the-horizon (OTH) boat with a boarding team (BT) embarked as well as a helicopter to interdict the GFV.

4. With USCG aircraft on scene, and without stopping the GFV, the crewmembers on board the GFV began jettisoning packages. At that time the helicopter employed warning shots, which were ineffective, followed by disabling fire, which was effective. The crewmembers jettisoned all of the remaining packages on deck. The MPA vectored to monitor and assist in the recovery of the jettisoned bales from the water while the OTH arrived at the location of the GFV, which was dead in the water.

5. The BT gained positive control of the GFV in position. During right of visit boarding questions, through a translator, the BT asked the crewmembers which of them was the master or the person in charge of the vessel. In response, LAURO AGUILAR GOMEZ identified himself as the master. When he was then asked whether he wished to make a claim of nationality for the vessel, he advised that he did not. D11 granted an SNO to treat the vessel without nationality (TWON) and conduct a full law enforcement boarding. 02 NIK tests were conducted on the bales that had been retrieved from the jettison field, yielding positive results for cocaine. Consequently, the GFV was treated as vessel without nationality and, therefore, subject to the jurisdiction of the United States.

6. The six individuals on board were identified as LAURO AGUILAR GOMEZ (a national of Mexico), JOSE FERNANDO LOPEZ ANCHUNDIA (a national of Ecuador), ARTURO YONHATAN GIL ZARCO (a national of Mexico), JUAN MANUEL TORRES HERNANDEZ (a national of Mexico), JHON YANDRY (a national of Ecuador), and JHON HENRY (a national of Ecuador). District 11 granted an SNO for boarding complete and to destroy the vessel as a danger to navigation due to no suitable tow points, distance from land, no navigation lights, and engines not operable. The OTH recovered a total of 28 bales from the jettison field, with an approximate weight of 1,910 kilograms of cocaine. All individuals, along with the suspected cocaine, were transferred to the USCGC Steadfast.

7. Based on the foregoing facts, I submit that probable cause exists to believe LAURO AGUILAR GOMEZ ("GOMEZ"), JOSE FERNANDO LOPEZ ANCHUNDIA ("ANCHUNDIA"), ARTURO YONHATAN GIL ZARCO ("ZARCO"), JUAN MANUEL TORRES HERNANDEZ ("HERNANDEZ"), JHON YANDRY ("YANDRY"), and JHON HENRY ("HENRY") did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

ERNEST TOLBERT
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __13th__ day of July 2023.

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE